Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue
New York, New York 10017
Tel: (212) 953-2381

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
IN THE MATTER OF THE COMPLAINT OF
CONSTITUTION STATE SERVICES LLC,

                              Plaintiff,

        -against-

DNA GALLERY, LLC,

                              Defendants.
-------------------------------------X

JUDGE SCHEINDLIN

08 CV 1005

**Rule 7.1 Notice**

JAN 3 1 2008

U.S.D.C. S.D. N.Y.
CASHIERS

        Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TRAVELERS INSURANCE COMPANY., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        Constitution State Services LLC, a Delaware corporation, is a wholly owned subsidiary of The Phoenix Insurance Company, a Connecticut corporation, which is a wholly owned subsidiary of The Travelers Indemnity Company, a Connecticut corporation, which is a wholly owned subsidiary of Travelers Insurance Group Holdings Inc., a Delaware corporation, which is a wholly owned subsidiary of Travelers Property Casualty Corporation, a Connecticut corporation, which is a wholly owned subsidiary of The Travelers Companies, Inc., a Minnesota corporation, which is the only publicly traded entity.

Date:   January 30, 2008

                              _____
                              Signature of Attorney

                              Attorney Bar Code: 2076

Patrick J. Corbett (PC 2076)
RUBIN, FIORELLA & FRIEDMAN, LLP
292 Madison Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 953-2381
Facsimile: (212) 953-2462
pcorbett@rubinfiorella.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT OF
CONSTITUTION STATE SERVICES LLC,

Plaintiff,

-against-

DNA GALLERY, LLC,

Defendant.

Docket No.:

## RULE 7.1 NOTICE

RUBIN, FIORELLA & FRIEDMAN LLP
*Attorneys for Defendant/Third-Party Plaintiff*
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Our File No. 436-9858

To:
Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated:

_____
Attorney(s) for

**PLEASE TAKE NOTICE**

  **Notice of Entry**
  that the within is a (certified) true copy of a _____ duly entered in the Office of the Clerk
  of the within named Court on _____, 2002.

  **Notice of Settlement**
  that an order of which the within is a true copy, will be presented for settlement to the
  HON. _____ , one of the judges of the within named Court, _____ on _____ ,
  2007 at ____.m.

Dated:

Yours, etc.,

RUBIN, FIORELLA & FRIEDMAN LLP
*Attorneys for Defendant/Third-Party Plaintiff*
292 Madison Avenue, 11th Floor
New York, New York 10017    (212) 953-2381

To:

Attorney(s) for