UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CONSTITUTION STATE SERVICES, LLC, ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> DNA GALLLERY, LLC ) <br> ) <br> Defendant ) <br> ) | Civil Action No. <br><br> 08 cv 1005 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
<u>DNA GALLERY, LLC</u>**

Defendant, DNA Gallery, LLC, is a closely held Massachusetts Limited Liability Company. It has no parent corporation or limited liability company nor is it publicly held or traded.

March 26, 2008

DNA Gallery, LLC
By its attorney,

s/ Andrew D. Epstein

Andrew D. Epstein, Esquire
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
(617) 482-4900
FAX: (671) 426-5251
Photolaw@AOL.com