UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTITUTION STATE SERVICES, LLC, ) | |
| ) Plaintiff ) | Civil Action No. |
| v. ) | |
| ) | 08 cv 1005 |
| DNA GALLLERY, LLC ) | |
| ) Defendant ) | |

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/20/08*

### ORDER ON *PRO HAC VICE* APPLICATION OF ANDREW D. EPSTEIN

On application by Andrew D. Epstein of the firm of Barker, Epstein & Loscocco, 10 Winthrop Square, Boston, Massachusetts, that he is a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, and that he has previously been admitted *pro hac vice* in the Southern District of New York, this Court grants leave to Andrew D. Epstein in this Action to practice *pro hac vice*.

March 19, 2008

_____
Hon. Shira A. Scheindlin
Judge of the United States District Court
For the Southern District of New York