UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CONSTITUTION STATE SERVICES
LLC,

              **Plaintiff,**

  - against -

DNA GALLERY, LLC,

              **Defendant.**
------------------------------------------------------------ X

**ORDER OF DISMISSAL**

08 Civ. 1005 (SAS)

     The parties having notified the Court that they have nearly reached a resolution of this action,

     IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for any party may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
              June 6, 2008

## - Appearances -

**For Plaintiff:**

Patrick James Corbett, Esq.
Rubin Fiorella and Friedman LLP
292 Madison Avenue, 15th Floor
New York, NY 10017
(212) 953-2381

**For Defendant:**

Andrew D. Epstein, Esq.
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110
(617) 482-4900